IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUNTAE THOMAS,<br>AKA DEUNTAE THOMAS ESTATE,<br><br>*Plaintiff,*<br><br>v.<br><br>RELIANT ENERGY, ET AL.,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 3:24-CV-0576-X-BK<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. (Doc. 7). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 22nd day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE